Brendan M. Kunkle, Esq., State Bar No. 173292
bkunkle@abbeylaw.com
Matthew R. Lilligren, Esq. State Bar No. 246991
milligren@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA 95402-1566
(707) 542-5050
(707) 542-2589 Fax

Attorneys for Plaintiffs
ULISES VALDEZ and VALDEZ & SONS
VINEYARD MANAGEMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; THE TRAVELERS INDEMNITY COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; AND THE TRAVELERS INSURANCE COMPANY<br><br>Defendants. | Case No.: 4:12-cv-04307 SBA<br>*Related to* Case No.: 4:13-cv-00463 SBA<br>*Related to* Case No.: 4:13-cv-00464 SBA<br><br>**JOINT STIPULATION FOR CONSOLIDATED ORDER FOR PRETRIAL PREPARATION; [PROPOSED] ORDER**<br><br><br><br>Honorable Saundra Brown Armstrong |

WHEREAS, on December 6, 2012, the Court in the above-captioned action, *Ulises Valdez, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 12-cv-4307-SBA (the "*Valdez v. Travelers* case") issued its order for pre-trial preparation (ECF No. 23.);

WHEREAS, on April 25, 2013, the Court ordered another action – *William Ernst v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0463-SBA (the "*Ernst v. Travelers* 0463 case") – related to the *Valdez v. Travelers* case (ECF No. 28.);

-1-

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

WHEREAS, on May 10, 2013, the Court ordered a third action – *Debra Ernst, et al. v. The Travelers Indemnity Company of Connecticut, et al.*, United States District Court for the Northern District of California, Case No. 13-cv-0464-SBA (the "*Ernst v. Travelers* 0464 case") – related to these two cases (ECF No. 31.);

WHEREAS, the parties in the *Valdez v. Travelers* case filed a stipulation and administrative motion with the Court to continue and coordinate all pretrial dates in that matter with the other two related actions (ECF Nos. 34 and 36);

WHEREAS, the Court held a joint Case Management Conference on June 6, 2013 with counsel for all parties in the three related actions present on the conference call with the Court;

WHEREAS, all parties through their respective counsel in each of the above-referenced actions have agreed to proceed with a consolidated pretrial schedule that will apply equally to all three related actions; and

WHEREAS, the Court requested that the parties file a joint stipulation containing the consolidated pretrial schedule agreed to by the parties and to be approved by the Court.

## **STIPULATION**

NOW THEREFORE, it is agreed and stipulated by and between:

1. Defendants The Travelers Indemnity Company of Connecticut (also erroneously sued as The Travelers Insurance Company[1]), The Travelers Indemnity Company, and Travelers Property and Casualty Company of America (collectively, "Travelers"), by and through its counsel of record Benjamin E. Shiftan of Sedgwick LLP;

2. Plaintiffs Ulises Valdez and Valdez & Sons Vineyard Management, by and through their counsel of record Matthew R. Lilligren of Abbey, Weitzenberg, Warren & Emery; and

3. Plaintiffs Wi1lliam Ernst and Debra Ernst, by and through their counsel of record Peter L. Simon of Beyers Costin, that:

///

///

///

---

[1] The purported entity "The Travelers Insurance Company" does not exist.

-2-

JOINT STIPULATION FOR CONSOLIDATED ORDER FOR PRETRIAL PREPARATION;  [PROPOSED] ORDER     4:12-cv-04307 SBA

The pretrial deadlines will be scheduled in all three related cases as follows:

- DISCOVERY CUT-OFF (Non-expert): **December 20, 2013**
- PLAINTIFFS' DESIGNATION OF EXPERTS: **December 20, 2013**
- DEFENDANTS' DESIGNATION OF EXPERTS: **December 20, 2013**
- REBUTTAL DISCLOSURE OF EXPERTS: **January 3, 2014**
- EXPERT DISCOVERY COMPLETION: **January 24, 2014**
- DISPOSITIVE MOTION CUT-OFF: **February 18, 2014**
- MANDATORY SETTLEMENT CONFERENCE: _____
- PRE-TRIAL CONFERENCE: **April 28, 2014**
    - Pre-trial preparation: **March 24, 2014**
    - Motions in limine and objections to evidence: **March 31, 2014**
    - Responses to motions in limine and objections to evidence: **April 7, 2014**
    - Replies to motions in limine and objections to evidence: **April 14, 2014**
- TRIAL
    - The Court provided the parties with the following trial dates and time estimates:
        - *Valdez v. Travelers, et al.*, Case No. 12-cv-04307-SBA
            - May 12, 2014 at 8:30 a.m.: 6-day jury trial
        - *Ernst v. Travelers, et al.*, Case No. 13-cv-0463-SBA
            - May 12, 2014 at 8:30 a.m.: 1-day jury trial
        - *Ernst v. Travelers, et al.*, Case No. 13-cv-0464-SBA
            - May 28, 2014 at 8:30 a.m.: 5-day jury trial

The Court set the first two cases identified above to begin trial on the same date; however, the cases have not been consolidated for purposes of trial and plaintiffs' counsel do not agree at the present time that these two cases should be tried together. Travelers' counsel believes that these two cases should be tried together. The order in which these two cases will proceed, whether they should be consolidated for purposes of trial, or whether certain issues should be bifurcated and tried together will be determined at the pretrial conference or at any other time the Court deems just and proper, by subsequent stipulation, or by appropriate motion.

JOINT STIPULATION FOR CONSOLIDATED ORDER FOR PRETRIAL PREPARATION; [~~PROPOSED~~] ORDER     4:12-cv-04307 SBA

The parties respectfully request that the Court issue a new Order for Pretrial Preparation applicable to all three related actions identified herein reflecting the revised dates agreed to by the parties as set forth above.

IT IS SO STIPULATED.

DATED: June 11, 2013          SEDGWICK LLP

By: /s/ Benjamin E. Shiftan
Benjamin E. Shiftan
Attorneys for Defendants
THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, also erroneously sued as THE TRAVELERS INSURANCE COMPANY; THE TRAVELERS INDEMNITY COMPANY; and TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA

DATED: June 11, 2013          ABBEY, WEITZENBERG, WARREN & EMERY, P.C.

By: /s/ Matthew R. Lilligren
Matthew R. Lilligren
Attorneys for Plaintiffs
ULISES VALDEZ; VALDEZ & SONS VINEYARD MANAGEMENT, A CALIFORNIA CORPORATION

DATED: June 11, 2013          BEYERS COSTIN

By: /s/ Peter L. Simon
Peter L. Simon
Attorneys for Plaintiffs
WILLIAM ERNST and DEBRA ERNST

*Attestation Regarding Signatures: Pursuant to Civil Local Rule 5-1(i)(3), Matthew R. Lilligren hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories identified above, which shall serve in lieu of their signatures on the document.*

///

///

-4-

JOINT STIPULATION FOR CONSOLIDATED ORDER FOR PRETRIAL PREPARATION; [PROPOSED] ORDER                    4:12-cv-04307 SBA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The mandatory settlement conference shall take place between 3/3/14 - 3/21/13 before a magistrate judge.

Dated: October 28, 2013

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court Judge